**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE BLACK, | CV 24-8851 PA (PDx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CALIFORNIA INSTITUTE of TECHNOLOGY, | |
| Defendant. | |

Pursuant to the Court's November 26, 2024 Minute Order granting the Motion to Dismiss filed by defendant California Institute of Technology,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: November 26, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE